# NO. 12-17-00014-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN THE MATTER OF THE* | § | *APPEAL FROM THE 279TH* |
| *MARRIAGE OF GLENNDELL* | | |
| *WALKER AND JANET CEASAR AND* | § | *JUDICIAL DISTRICT COURT* |
| *IN THE INTEREST OF G.W.J.* | | |
| *AND G. W., CHILDREN* | § | *JEFFERSON COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

This appeal is being dismissed for failure to comply with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.3(c).

On January 4, 2017, the clerk of this Court notified Appellant that the filing fee in this appeal is due. *See* TEX. R. APP. P. 5. Appellant was informed that failure to remit the filing fee on or before January 19, 2017, would result in the Court's taking appropriate action, including dismissal of the case without further notice. *See* TEX. R. APP. P. 42.3(c). The date for remitting the filing fee has passed, and Appellant has not complied with the Court's request.

Also on January 4, we notified Appellant that her notice of appeal failed to comply with the rules of appellate procedure. *See* TEX. R. APP. P. 9.5, 25.1(e), 37.1. The notice warned that, unless Appellant filed a proper notice of appeal on or before February 3, the appeal would be referred to the Court for dismissal. The deadline has passed and Appellant has not filed a compliant notice of appeal or otherwise responded to this Court's January 4 notice.

Because Appellant has failed, after notice, to comply with Rules 5, 9.5, and 25.1 of the Texas Rules of Appellate Procedure, the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.3(c).

Opinion delivered February 15, 2017.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**FEBRUARY 15, 2017**

**NO. 12-17-00014-CV**

**IN THE MATTER OF THE MARRIAGE OF
GLENNDELL WALKER AND JANET CEASAR AND
IN THE INTEREST OF G.W.J. AND G. W., CHILDREN,**

Appeal from the 279th District Court

of Jefferson County, Texas (Tr.Ct.No. F-226,294)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this Court that this appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that this appeal be, and the same is, hereby **dismissed**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*